# Attachment D

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     )
WOODBRIDGE MORTGAGE INVESTMENT )   File No. FL-04024-A

WITNESS:   Jon Freis

PAGES:     1 through 215

PLACE:     801 Brickell Avenue

           Suite 1800

           Miami, FL 33141

DATE:      Tuesday, March 28th, 2017

    The above-entitled matter on for hearing, pursuant to the notice at 10:08 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

Page 182

1   A  I believe so, yes.
2   Q  So same sort of structure as well?
3   A  Yes.
4   Q  Move to page 6 of 6, which the Bates range
5   is 1161. At bottom the signature you have,
6   "Executed by the parties effective as of August 1st,
7   2016". On the left side, "Company: H47 Summit Cut
8   Holding Company, LLC., Robert Shapiro, manager."
9   And on the right it says "Member RS Protection
10  Trust." It appears to be the same signature. Is
11  that also Robert Shapiro?
12  A  Yes.
13  Q  And that's typically how you have these
14  deals structured?
15  A  Yes.
16  Q  Then the next page, which is 1162 has the
17  operating agreement of Summit -- of investments.
18  That's what you were referring to earlier?
19  A  Right.
20  Q  Okay. So that company, was that formed to
21  purchase this property or does it do other things?
22  A  As far as I know, it was only formed to
23  purchase this property.
24  Q  And does Mr. Shapiro form a company for
25  each purchase?

Page 183

1   A  Someone for him does it, yeah.
2   Q  Okay. But is it his practice for each?
3   So if we're to go to each of these properties --
4   A  Yeah. Each one is different.
5   Q  -- it's a different company or LLC. I'm
6   sorry. I'm using the wrong term. Entity --
7   A  Right.
8   Q  -- LLC for each? There's always a
9   different LLC?
10  A  Yes.
11  Q  Okay. And do you know why?
12  A  It's just a recommended structure. When
13  you're -- if you're having multiple businesses,
14  segregation of liability. So it's standard
15  practice.
16  Q  Okay. And do you know who handles forming
17  these entities for him?
18  A  I believe the Connecticut office, but I'm
19  not sure.
20  Q  If you could go to page 7 of 7 at the
21  bottom. The Bates is 1168, which is the signature
22  page.
23  A  Okay.
24  Q  And you see on the left it says, "Summit
25  Cut Investments, Robert Shapiro, Manager"?

Page 184

1   A  Yes.
2   Q  And on the right, "H47 Summit Cut
3   Holding," also Shapiro?
4   A  Yes.
5   Q  Again he's signing on the --
6   A  Yes.
7   Q  So -- and then finally the last document
8   here is the -- starting on 1170, the promissory note
9   secured by deed of trust.
10  A  Yes.
11  Q  Okay. And that in the first paragraph it
12  mentions that Summit Cut is the borrower, Woodbridge
13  Mortgage Investment Fund 3 is the lender?
14  A  Yes.
15  Q  So is this an example where in the
16  hypothetical we're talking about earlier, where you
17  have Woodbridge entity as a lender, in this case
18  Fund number 3 and then a Summit Cut in this case is
19  a Woodbridge entity who is the borrower, is that the
20  same?
21  A  Yes, but I see that there's a difference
22  there, which I think is a mistake. So Fund 3A is on
23  page 1. So the promissory should be to Mortgage
24  Investment Fund 3A.
25  Q  Oh, not 3?

Page 185

1   A  This is probably a typo that may have been
2   corrected later on.
3   Q  Okay. This particular loan appears to be
4   for $7,350,000?
5   A  Yes.
6   Q  Okay. And the -- it's for one year,
7   right?
8   A  Right.
9   Q  The rate of -- the note will bear the
10  interest rate of 11 percent?
11  A  Yeah.
12  Q  And that's a typical more or less --
13  A  Yes.
14  Q  With these payments servicing the loan,
15  where do the payments go?
16  A  I don't know. I'm not involved in that.
17  Q  Who is?
18  A  I don't know.
19  Q  You have no idea? I mean I asked you
20  earlier if you know of any that have been default or
21  have any issues. So once the deal is closed, you
22  don't have any interactions on whether the note of
23  service or the debt of service rather?
24  A  No, I don't.
25  Q  Do you ever find out what happens with