# Attachment E

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           ) File No. FL-04024-A
WOODBRIDGE MORTGAGE        )
INVESTMENT FUND 3, LLC     )

WITNESS:  Chad J. Lee
PAGE:     1 through 100
PLACE:    Securities and Exchange Commission
          1961 Stout Street, Suite 1700
          Denver, Colorado 80294
DATE:     Friday, August 25, 2017

    The above-entitled matter came on for hearing, pursuant to notice, at 9:18 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Page 30

1  Q  And then you mentioned that it's
2  typically, in these situations, an LLC that's
3  borrowing, correct?
4  A  Yes.
5  Q  And so who do you contact on behalf of
6  the LLC for the mortgage transaction?
7  A  It's -- It's Woodbridge. It's the
8  contact at Woodbridge that would -- that we would
9  contact for that.
10  Q  The same folks -- Tim Faller in the
11  Connecticut office?
12  A  Yes.
13  Q  So are they -- They're discussing the
14  transaction from both sides with you?
15  A  Yes.
16      MR. NELSON: Not the sales side. Not the
17  sales side.
18  A  Oh, well, the -- the owner LLC and the
19  lender.
20      BY MR. BERKOWITZ:
21  Q  Maybe we're confused. So when you're
22  discussing the mortgage itself with the borrower,
23  as well as the lender, it's the same individuals,
24  correct?
25  A  Yes.

Page 31

1      MR. BERKOWITZ: Okay. Go ahead, Scott.
2      MR. LOWRY: Okay. Thanks.
3      BY MR. LOWRY:
4  Q  That middle category, where it says
5  "Owner," and the first one says Carbondale Glen
6  Owners, LLC -- And then if we go through, it's all
7  a new LLC for each property.
8      Do you see that?
9  A  Yep.
10  Q  Okay. Who owns those LLCs?
11  A  To my knowledge, they're -- I'd have to
12  look at the operating agreement. It's -- It's
13  usually a different LLC, which is an owner of those
14  LLCs.
15  Q  Another LLC would own -- Like, take the
16  first one, Carbondale Glen Owners, LLC. So are you
17  saying another LLC would own that LLC?
18  A  Typically, yes.
19  Q  Okay. And that other LLC, who would own
20  that?
21  A  I don't know.
22  Q  Is it your understanding that these LLCs
23  are -- are owned by Woodbridge?
24  A  Yes --
25  Q  Okay.

Page 32

1  A  -- related to Woodbridge.
2  Q  Okay. Wholly owned by Woodbridge?
3  A  I don't know. I don't know.
4  Q  Okay. And when we say, drilling down on
5  that, "owned by Woodbridge," does that mean one of
6  the Woodbridge Funds, Woodbridge Group of
7  Companies, Bob Shapiro?
8  A  I don't know.
9  Q  Okay. Do you have any role in creating
10  these LLCs?
11  A  We assist in the operating agreement for
12  those LLCs.
13  Q  Okay. Do those operating agreements have
14  ownership information?
15  A  They would state, yes, who owns -- who
16  owns that LLC.
17  Q  They would --
18  A  The operating agreement would -- would
19  state who -- the members, which is the owner of the
20  LLC.
21  Q  Okay. And do the operating agreements
22  that you work on, do they all have the same
23  members?
24  A  I don't believe so. I believe they're
25  all different.

Page 33

1  Q  Okay. And those members, would they be
2  the other LLCs that your -- you were discussing?
3  A  Yes.
4  Q  Okay. So does each of these -- the LLCs
5  that's listed on Exhibit 190, do they each have a
6  separate LLC that owns them, or is it just one
7  other LLC that owns all of these?
8  A  No. I believe it's a separate one for
9  each one.
10  Q  Okay. That's a lot of LLCs.
11      BY MR. BERKOWITZ:
12  Q  Mr. Lee, who is -- Who -- Who tells you
13  to set up the LLCs?
14  A  Again, it's typically Tim Faller.
15  Q  And you mentioned he was out of the
16  Connecticut office?
17  A  Yes.
18  Q  Are these LLCs, do they -- Is there any
19  fees -- or transaction-based fees that are paid to
20  your firm?
21  A  We bill hourly, if that's what you mean.
22  Q  But do you bill the LLCs, or you're
23  billing Woodbridge?
24  A  We bill Woodbridge for our time.
25  Q  Not the LLCs?

9 (Pages 30 to 33)

Page 42

1  assumed it was development of -- of properties. Is
2  Woodbridge successful in doing that?
3      A   I -- I can't opine on whether they're
4  successful or not. It appears to me that they've
5  made some gains in their sales over the purchase
6  price.
7      Q   Okay. Well, I ask because, you know,
8  there's $13.7 million in -- in sales. And I looked
9  through these various mortgages, and there's
10  40-plus mortgages on these. And just using -- Like
11  you said -- indicated, like the 5 percent interest
12  rate, you're talking about 7-1/2 million in
13  mortgage payments. Then you add in closing costs
14  and then your fees -- your firm's fees, and it
15  seems like Woodbridge's potential profit, you know,
16  is only $4 million or so. And that's over the
17  course -- since 2012.
18         And I'm wondering, has -- has anybody --
19  Have you talked to Woodbridge about that? Have
20  they made any -- Have they raised any concerns
21  about their ability to do business in Colorado or
22  be successful?
23      A   No. That's more of a -- the business
24  side question.
25         MR. LOWRY: We've been going about an

Page 43

1  hour. I think this is a good time for a break.
2         MR. NELSON: Fine with us.
3         MR. LOWRY: And with that, we're off the
4  record for a short break at 10:08 a.m.
5         (A brief recess was taken.)
6         MR. LOWRY: We're back on the record at
7  10:20 a.m.
8         BY MR. LOWRY:
9      Q   Chad, I want to talk about this mortgage
10  process a little bit more. Can you talk again
11  about your role in that process?
12     A   Sure. During an acquisition, prior to
13  closing, we will receive instructions from Tim
14  Faller on how much the mortgage amount is going to
15  be on the property and the lender entity. We have
16  template documents we've developed in the office.
17  We draft those documents, and they're part of the
18  closing package.
19         I mean, you know, where else do you want
20  me to go?
21     Q   Okay. The lender entity, who would that
22  be?
23     A   Typically, the lender entity is
24  Woodbridge Mortgage Investment Fund. I don't
25  recall which one. I -- Typically, in my

Page 44

1  recollection, it's 2 or 3 or -- I just --
2      Q   It could vary?
3      A   It could vary, yeah. Yeah.
4      Q   Okay. And the borrower would be who?
5      A   The LLC.
6      Q   The LLC --
7      A   That owns -- This "Owner" column.
8      Q   Yes, the "Owner" column on Exhibit 190?
9      A   Yes.
10     Q   Okay.
11     A   Thank you.
12     Q   And what, again, was the typical interest
13  rate?
14     A   11 percent, I believe.
15         BY MS. NESTOR:
16     Q   Mr. Lee, is there ever an instance where
17  the lender is -- is not a Woodbridge entity? In
18  other words, it's another different third party --
19     A   Not that I've --
20     Q   -- or are they all --
21     A   Not that I've seen.
22         BY MR. LOWRY:
23     Q   And is there a -- in terms of that
24  mortgage process, is there a transfer of funds?
25     A   There -- There is a transfer of the

Page 45

1  purchase price to the title company. The title
2  company closes the transaction.
3      Q   Do those funds flow through Balcomb &
4  Green?
5      A   Yes.
6      Q   Okay. Where do they come from?
7      A   I don't know. Those would be in the bank
8  statements we produced.
9      Q   Okay. They come from some Woodbridge
10  entity?
11     A   I believe so.
12     Q   What Woodbridge bank accounts are you
13  familiar with?
14     A   None, I mean, really.
15     Q   All right.
16     A   I don't really work with our bank
17  accounts all that much.
18     Q   Does Balcomb & Green maintain a separate
19  client trust account for Woodbridge?
20     A   I don't know. I don't believe so. In
21  those statements, there were other transactions
22  from other clients, I believe.
23     Q   Okay. Yeah, I'll go through that --
24     A   Okay.
25     Q   -- in just a little bit.

12 (Pages 42 to 45)