UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-MC-23986-HUCK/MCALILEY

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>235 LIMITED LIABILITY COMPANIES,<br><br>Respondents. | FILED by _PG_ D.C.<br><br>DEC 0 5 2017<br><br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S. D. of FLA. – MIAMI |
|---|---|

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that, on December 4, 2017, Woodbridge Group of Companies, LLC ("Woodbridge") and certain of its affiliates (collectively, the "Debtors")[1] filed voluntary petitions (the "Chapter 11 Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware. Consistent with precedent, all cases will be jointly administered under Case No. 17-12560 (KJC) (Bankr. D. Del.).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petitions, an injunction was placed into effect which automatically stays, among other things, (i) the commencement or continuation of any judicial, administrative or other action or proceeding against Woodbridge (or any of the other Debtors) that was, or could have been, commenced before the filing of the Chapter 11 Petitions, or (ii) any act to obtain possession of or exercise control over property of the Debtors' estates.

---

[1] A complete list of the Debtors is attached hereto as **Rider 1**, for which the Debtors have requested joint administration.

Dated: Wilmington, Delaware
December 4, 2017

/s/ Allison S. Mielke
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Allison S. Mielke (No. 5934)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: sbeach@ycst.com
emorton@ycst.com
ibambrick@ycst.com
amielke@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Samuel A. Newman (CA No. 217042)
Oscar Garza (CA No. 149790)
Daniel B. Denny (CA No. 238175)
333 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 229-7000
Fax: (213) 229-7520
Email: snewman@gibsondunn.com
ogarza@gibsondunn.com
ddenny@gibsondunn.com

-and-

J. Eric Wise (NY No. 3000957)
Matthew K. Kelsey (NY No. 4250296)
Matthew P. Porcelli (NY No. 5218979)
200 Park Avenue
New York, New York 10166
Tel:     (212) 351-4000
Fax:    (212) 351-4035
Email: ewise@gibsondunn.com
           mkelsey@gibsondunn.com
           mporcelli@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*

# **Rider 1**

On December 4, 2017, Woodbridge Group Of Companies, LLC, and each of the affiliated entities listed in the table below, filed voluntary petition for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 in the United States Bankruptcy Court for the District of Delaware [Case No. 17-12560 (KJC)].

| | |
|---|---|
| Woodbridge Group Of Companies, LLC | Broadsands Investments, LLC |
| 215 North 12th Street, LLC | M29 Brynderwen Holding Company, LLC |
| H31 Addison Park Holding Company, LLC | Brynderwen Investments, LLC |
| Addison Park Investments, LLC | M13 Cablestay Holding Company, LLC |
| M11 Anchorpoint Holding Company, LLC | Cablestay Investments, LLC |
| Anchorpoint Investments, LLC | M31 Cannington Holding Company, LLC |
| H32 Arborvitae Holding Company, LLC | Cannington Investments, LLC |
| Arborvitae Investments, LLC | Carbondale Doocy, LLC |
| M26 Archivolt Holding Company, LLC | Carbondale Glen Lot A-5, LLC |
| Archivolt Investments, LLC | Carbondale Glen Lot D-22, LLC |
| H2 Arlington Ridge Holding Company, LLC | Carbondale Glen Lot E-24, LLC |
| Arlington Ridge Investments, LLC | Carbondale Glen Lot GV-13, LLC |
| M19 Arrowpoint Holding Company, LLC | Carbondale Glen Lot SD-23, LLC |
| Arrowpoint Investments, LLC | Carbondale Glen Lot SD-14, LLC |
| H58 Baleroy Holding Company, LLC | Carbondale Glen Mesa Lot 19, LLC |
| Baleroy Investments, LLC | Carbondale Glen River Mesa, LLC |
| Basswood Holding, LLC | Carbondale Glen Sundance Ponds, LLC |
| H13 Bay Village Holding Company, LLC | Carbondale Glen Sweetgrass Vista, LLC |
| Bay Village Investments, LLC | Carbondale Spruce 101, LLC |
| H15 Bear Brook Holding Company, LLC | Carbondale Sundance Lot 15, LLC |
| Bear Brook Investments, LLC | Carbondale Sundance Lot 16, LLC |
| H46 Beech Creek Holding Company, LLC | M53 Castle Pines Holding Company, LLC |
| Beech Creek Investments, LLC | Castle Pines Investments, LLC |
| H70 Bishop White Holding Company, LLC | M25 Centershot Holding Company, LLC |
| Bishop White Investments, LLC | Centershot Investments, LLC |
| H53 Black Bass Holding Company, LLC | M76 Chaplin Holding Company, LLC |
| Black Bass Investments, LLC | Chaplin Investments, LLC |
| H28 Black Locust Holding Company, LLC | M79 Chestnut Company, LLC |
| Black Locust Investments, LLC | Chestnut Investments, LLC |
| H20 Bluff Point Holding Company, LLC | H5 Chestnut Ridge Holding Company, LLC |
| Bluff Point Investments, LLC | Chestnut Ridge Investments, LLC |
| H49 Bowman Holding Company, LLC | M45 Clover Basin Holding Company, LLC |
| Bowman Investments, LLC | Clover Basin Investments, LLC |
| M27 Brise Soleil Holding Company, LLC | M51 Coffee Creek Holding Company, LLC |
| Brise Soleil Investments, LLC | Coffee Creek Investments, LLC |
| H40 Bramley Holding Company, LLC | H56 Craven Holding Company, LLC |
| Bramley Investments, LLC | Craven Investments, LLC |

01:22622009.1

| | |
|---|---|
| M28 Broadsands Holding Company, LLC | M14 Crossbeam Holding Company, LLC |
| Crossbeam Investments, LLC | M68 Goosebrook Holding Company, LLC |
| M63 Crowfield Holding Company, LLC | Goosebrook Investments, LLC |
| Crowfield Investments, LLC | H68 Graeme Park Holding Company, LLC |
| Crystal Valley Holdings, LLC | Graeme Park Investments, LLC |
| M92 Crystal Woods Holding Company, LLC | H61 Grand Midway Holding Company, LLC |
| Crystal Woods Investments, LLC | Grand Midway Investments, LLC |
| Cuco Settlement, LLC | H26 Gravenstein Holding Company, LLC |
| M72 Daleville Holding Company, LLC | Gravenstein Investments, LLC |
| Daleville Investments, LLC | H44 Green Gables Holding Company, LLC |
| M39 Derbyshire Holding Company, LLC | Green Gables Investments, LLC |
| Derbyshire Investments, LLC | H27 Grenadier Holding Company, LLC |
| H76 Diamond Cove Holding Company, LLC | Grenadier Investments, LLC |
| Diamond Cove Investments, LLC | H41 Grumblethorpe Holding Company, LLC |
| H14 Dixville Notch Holding Company, LLC | Grumblethorpe Investments, LLC |
| Dixville Notch Investments, LLC | M87 Hackmatack Hills Holding Company, LLC |
| H7 Dogwood Valley Holding Company, LLC | Hackmatack Investments, LLC |
| Dogwood Valley Investments, LLC | M56 Haffenburg Holding Company, LLC |
| M32 Dollis Brook Holding Company, LLC | Haffenburg Investments, LLC |
| Dollis Brook Investments, LLC | H39 Haralson Holding Company, LLC |
| M9 Donnington Holding Company, LLC | Haralson Investments, LLC |
| Donnington Investments, LLC | M33 Harringworth Holding Company, LLC |
| M15 Doubleleaf Holding Company, LLC | Harringworth Investments, LLC |
| Doubleleaf Investments, LLC | M80 Hazelpoint Holding Company, LLC |
| M22 Drawspan Holding Company, LLC | Hazelpoint Investments, LLC |
| Drawspan Investments, LLC | H66 Heilbron Manor Holding Company, LLC |
| M71 Eldredge Holding Company, LLC | Heilbron Manor Investments, LLC |
| Eldredge Investments, LLC | Hollyline Holdings, LLC |
| H25 Elstar Holding Company, LLC | Hollyline Owners, LLC |
| Elstar Investments, LLC | H35 Hornbeam Holding Company, LLC |
| H19 Emerald Lake Holding Company, LLC | Hornbeam Investments, LLC |
| Emerald Lake Investments, LLC | H37 Idared Holding Company, LLC |
| M24 Fieldpoint Holding Company, LLC | Idared Investments, LLC |
| Fieldpoint Investments, LLC | H74 Imperial Aly Holding Company, LLC |
| M88 Franconia Notch Holding Company, LLC | Imperial Aly Investments, LLC |
| Franconia Notch Investments, LLC | M99 Ironsides Holding Company, LLC |
| M10 Gateshead Holding Company, LLC | Ironsides Investments, LLC |
| Gateshead Investments, LLC | H43 Lenni Heights Holding Company, LLC |
| M85 Glenn Rich Holding Company, LLC | Lenni Heights Investments, LLC |
| Glenn Rich Investments, LLC | H6 Lilac Meadow Holding Company, LLC |
| M93 Goose Rocks Holding Company, LLC | Lilac Meadow Investments, LLC |

| | |
|---|---|
| Goose Rocks Investments, LLC | M17 Lincolnshire Holding Company, LLC |
| Lincolnshire Investments, LLC | M70 Pinney Holding Company, LLC |
| M54 Lonetree Holding Company, LLC | Pinney Investments, LLC |
| Lonetree Investments, LLC | H23 Pinova Holding Company, LLC |
| M40 Longbourn Holding Company, LLC | Pinova Investments, LLC |
| Longbourn Investments, LLC | M34 Quarterpost Holding Company, LLC |
| M73 Mason Run Holding Company, LLC | Quarterpost Investments, LLC |
| Mason Run Investments, LLC | M57 Ridgecrest Holding Company, LLC |
| H8 Melody Lane Holding Company, LLC | Ridgecrest Investments, LLC |
| Melody Lane Investments, LLC | M97 Red Woods Holding Company, LLC |
| M90 Merrimack Valley Holding Company, LLC | Red Woods Investments, LLC |
| Merrimack Valley Investments, LLC | M75 Riley Creek Holding Company, LLC |
| M61 Mineola Holding Company, LLC | Riley Creek Investments, LLC |
| Mineola Investments, LLC | H59 Rising Sun Holding Company, LLC |
| H16 Monadnock Holding Company, LLC | Rising Sun Investments, LLC |
| Monadnock Investments, LLC | M62 Sagebrook Holding Company, LLC |
| H60 Moravian Holding Company LLC | Sagebrook Investments, LLC |
| Moravian Investments, LLC | H54 Seven Stars Holding Company, LLC |
| M67 Mountain Spring Holding Company, LLC | Seven Stars Investments, LLC |
| Mountain Spring Investments, LLC | H11 Silk City Holding Company, LLC |
| M83 Mt. Holly Holding Company, LLC | Silk City Investments, LLC |
| Mt. Holly Investments, LLC | H30 Silver Maple Holding Company, LLC |
| H38 Mutsu Holding Company, LLC | Silver Maple Investments, LLC |
| Mutsu Investments, LLC | Silverleaf Funding, LLC |
| M91 Newville Holding Company, LLC | M41 Silverthorne Holding Company, LLC |
| Newville Investments, LLC | Silverthorne Investments, LLC |
| H51 Old Carbon Holding Company, LLC | M36 Springline Holding Company, LLC |
| Old Carbon Investments, LLC | Springline Investments, LLC |
| H55 Old Maitland Holding Company, LLC | M49 Squaretop Holding Company, LLC |
| Old Maitland Investments, LLC | Squaretop Investments, LLC |
| M46 Owl Ridge Holding Company, LLC | H24 Stayman Holding Company, LLC |
| Owl Ridge Investments, LLC | Stayman Investments, LLC |
| H22 Papirovka Holding Company, LLC | M86 Steele Hill Holding Company, LLC |
| Papirovka Investments, LLC | Steele Hill Investments, LLC |
| H4 Pawtuckaway Holding Company, LLC | M5 Stepstone Holding Company, LLC |
| Pawtuckaway Investments, LLC | Stepstone Investments, LLC |
| M38 Pemberley Holding Company, LLC | H9 Strawberry Fields Holding Company, LLC |
| Pemberley Investments, LLC | Strawberry Fields Investments, LLC |
| H17 Pemigewasset Holding Company, LLC | H36 Sturmer Pippin Holding Company, LLC |
| Pemigewasset Investments, LLC | Sturmer Pippin Investments, LLC |
| M95 Pepperwood Holding Company, LLC | H21 Summerfree Holding Company, LLC |

3

| | |
|---|---|
| Pepperwood Investments, LLC | Summerfree Investments, LLC |
| H47 Summit Cut Holding Company, LLC | Wildernest Investments, LLC |
| Summit Cut Investments, LLC | H52 Willow Grove Holding Company, LLC |
| H65 Thornbury Farm Holding Company, LLC | Willow Grove Investments, LLC |
| Thornbury Farm Investments, LLC | M94 Winding Road Holding Company, LLC |
| M60 Thunder Basin Holding Company, LLC | Winding Road Investments, LLC |
| Thunder Basin Investments, LLC | WMF Management, LLC |
| M37 Topchord Holding Company, LLC | Woodbridge Capital Investments, LLC |
| Topchord Investments, LLC | Woodbridge Commercial Bridge Loan Fund 1, LLC |
| M48 Vallecito Holding Company, LLC | Woodbridge Commercial Bridge Loan Fund 2, LLC |
| Vallecito Investments, LLC | Woodbridge Investments, LLC |
| M74 Varga Holding Company, LLC | Woodbridge Mezzanine Fund 1, LLC |
| Varga Investments, LLC | Woodbridge Mortgage Investment Fund 1, LLC |
| M50 Wetterhorn Holding Company, LLC | Woodbridge Mortgage Investment Fund 2, LLC |
| Wetterhorn Investments, LLC | Woodbridge Mortgage Investment Fund 3, LLC |
| H12 White Birch Holding Company, LLC | Woodbridge Mortgage Investment Fund 3A, LLC |
| White Birch Investments, LLC | Woodbridge Mortgage Investment Fund 4, LLC |
| M43 White Dome Holding Company, LLC | Woodbridge Structured Funding, LLC |
| White Dome Investments, LLC | H29 Zestar Holding Company, LLC |
| Whiteacre Funding, LLC | Zestar Investments, LLC |
| M44 Wildernest Holding Company, LLC | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **Suggestion of Bankruptcy** was served upon the following via Federal Express and email (where available), on the 4th day of December, 2017:

Russell Koonin, Esq.  
Christine Nestor, Esq.  
Securities and Exchange Commission  
801 Brickell Avenue, Suite 1800  
Miami, Florida 33131  
kooninr@sec.gov  
nestorc@sec.gov  

Jeffrey E. Marcus, Esq.  
Daniel Lawrence Rashbaum, Esq.  
Marcus Neiman & Rashbaum LLP  
2 South Biscayne Boulevard, Suite 1750  
Miami, Florida 33131  

Dated:  Wilmington, Delaware  
        December 4, 2017

/s/ Allison S. Mielke
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Allison S. Mielke (No. 5934)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email:  sbeach@ycst.com
        emorton@ycst.com
        ibambrick@ycst.com
        amielke@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*




