UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-MC-23986-HUCK/MCALILEY

SECURITIES AND EXCHANGE
COMMISSION,

        Applicant,

vs.

235 LIMITED LIABILITY COMPANIES,

        Respondents.
_____/

## NOTICE OF STRIKING SUGGESTION OF BANKRUPTCY

Respondent and Debtors limited liability companies numbered 1-37, 40-80, 82-89, 91-97, 99-150, 152-194, and 196-235 (the "LLCs") in Attachment A to the Declaration of Linda S. Schmidt [ECF No. 1-3] strike the December 5, 2017 Suggestion of Bankruptcy [ECF No. 26]. The LLCs recognizes that the instant subpoena enforcement action brought by the SEC falls within the police and regulatory power exception to the automatic stay. *See* 11 U.S.C. § 362(b)(4).

Dated: December 8, 2017

                              Respectfully submitted:

                              HOMER BONNER JACOBS
                              1200 Four Seasons Tower
                              1441 Brickell Avenue
                              Miami, Florida 33131
                              Phone: (305) 350-5116
                              Fax: (305) 982-0079

                              By: /s/ Adam L. Schwartz
                                    Adam L. Schwartz
                                    Email: aschwartz@homerbonner.com
                                    Florida Bar No: 0103163
                                    Kevin P. Jacobs
                                    Email: kjacobs@homerbonner.com
                                    Florida Bar No: 169821
                                    *Proposed Counsel for the LLCs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Adam L. Schwartz
Adam L. Schwartz